AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

District of Nevada ☑

FILED
ENTERED ___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

GIBSON, JACQUELINE
_____
*Plaintiff/Petitioner*

v.

TEAMSTERS 631 / UNION
_____
*Defendant/Respondent*

## 2:19-cv-02199-APG-DJA

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Laborer's Local 872
2345 Red Rock Street
Las Vegas, Nv. 89146

My gross pay or wages are:  $ _____ 945.00 , and my take-home pay or wages are:  $ _____ 714.14 per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☑ Yes      ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes      ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes      ☑ No
(d) Disability, or worker's compensation payments       ☑ Yes      ☐ No
(e) Gifts, or inheritances                              ☐ Yes      ☑ No
(f) Any other sources                                   ☐ Yes      ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

From Business - $18,000.00
From SSI - $12,096.00
Laberer Local 872 - Start date 7/18/19 - end date 10/24/19 - Weekly pay $714.14

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 50.44 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

97' Grand Prix - Transmission - In shop
02' Buick Lasabre
Vacant Lot - Parcel No. 139-16-610-210
1

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Business Rent
$800.00
Power Bill monthly between $250.00 - $499.00
Keeping Store Stocked - what is made is returned into store
Cox Cable for Store $113.13 Monthly
Business License - $100.00 yearly        Business fees for amount makes every 6 months with the city $35.00
Business Taxes with the County each month on what is made $40 -

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Hospital Bills -
        $258.95 - Arrgon Cottections

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-20-19

_Jacqueline Gibson_
*Applicant's signature*

JACQUELINE GIBSON
*Printed name*

AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT

for the

District of Nevada  ☑

| | | |
|---|---|---|
| JACQUELINE GIBSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| TEAMSTERS LOCAL 631 / UNION | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:**  The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: _____

_____
*Judge's signature*

_____
*Printed name and title*