# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE GIBSON, | Case No.: 2:19-cv-02199-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Directing Plaintiff to Pay Filing Fee** |
| v. | |
| TEAMSTERS LOCAL 631/UNION, et al., | [ECF Nos. 1, 4] |
| Defendants | |

On February 26, 2020, Magistrate Judge Albregts recommended that I deny plaintiff Jacqueline Gibson's motion for leave to proceed in forma pauperis and to require Gibson to pay the full $400 fee for a civil action—which includes the $350 filing fee and the $50 administrative fee—in order to proceed with this action. Gibson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 4) is accepted** and plaintiff Jacqueline Gibson's motion for leave to proceed in forma pauperis **(ECF No. 1) is DENIED**.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that by April 17, 2020, plaintiff Jacqueline Gibson shall pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Failure to comply with this order will result in this action being dismissed without prejudice.

DATED this 17th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE