# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE GIBSON,<br><br>　　　Plaintiff<br><br>v.<br><br>TEAMSTERS LOCAL 631/UNION, et al.,<br><br>　　　Defendants | Case No.: 2:19-cv-02199-APG-DJA<br><br>**Order Dismissing Case** |

　　　I previously ordered plaintiff Jacqueline Gibson shall pay the full $400 fee for a civil action by April 17, 2020. ECF No. 5. I warned her that failure to comply with that order would result in this action being dismissed without prejudice. Gibson did not take any action in response.

　　　I THEREFORE ORDER that plaintiff Jacqueline Gibson's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

　　　DATED this 28th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE